UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

STEPHEN L. SCHEIDEL

      **Petitioner,**

  v.               5:10-CV-00176 (NPM)
                    5:91-CR-00215 (NPM)

USA

      **Respondent.**

---

For Petitioner:         Of Counsel:

Stephen L. Scheidel       Petitioner, *Pro Se*
216 Essex Street
Syracuse, NY 13204

For Respondent:

United States Attorney for the    Edward R. Broton, AUSA
Northern District of New York
100 South Clinton Street
Syracuse, NY 13261-7198

NEAL P. McCURN, Sr. J.

## ORDER CLOSING CASE AND DIRECTING OPENING OF NEW CIVIL ACTION

  The Clerk of the Court is hereby ordered to close civil action 5:10-CV-00176 and strike the petitioner's filings contained in Criminal Action No. 5:91-CV-00215(NPM) as; Petition for Writ of Habeas Corpus at Dkt. No. 34, Motion for Leave to Appeal In Forma Pauperis at Dkt. No 35, Motion for Appointment of Counsel at Dkt. No. 36 and, Motion for a Three Judge Panel at Dkt. No. 37.

  **IT IS FURTHER ORDERED THAT** The Clerk shall construe the above petition pursuant to 28 USC 2241(a) and petitioner's accompanying motions as a new civil action which shall be directly assigned to Senior Judge McCurn and opened under the following caption:

**STEPHEN L. SCHEIDEL,**
                              Petitioner,
         vs.

**FEDERAL DEPOSIT INSURANCE CORPORATION,**
                    Respondent.

**ORDERED**, that the Clerk of the Court serve a copy of this Order upon the petitioner by regular mail.

**IT IS SO ORDERED,**
**Dated: February 25, 2010**
**Syracuse, New York**

_____
Neal P. McCurn
Senior U.S. District Judge